UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-0080-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER TO RETURN PROPERTY |
| v. | ) | |
| | ) | |
| WILLIE MACARTHUR TERRY | ) | |

THIS MATTER is before the Court upon Motion of the United States for return of stolen property.

It appears to the Court that this case is closed and that all avenues of appellate review have been exhausted or eliminated by the passage of time. It further appears to the Court that the Oxford Police Department, 204 East McClanahan Street, Oxford, North Carolina, 27565, is in possession of the stolen property, to wit, $899.00 in United States currency.

For good cause shown, IT IS THEREFORE ORDERED that the Motion of the United States be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that the property described above be returned to the lawful owner in accordance with the usual procedures of the Oxford Police Department.

The Clerk is directed to certify copies of this Order to the Oxford Police Department, 204 East McClanahan Street, Oxford, North Carolina, 27565, and the United States Attorney.

This the __1st__ day of __February__, 2016.

*James C. Fox*
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE